In the Matter of VINCENT J. O'CALLAGHAN, Appellant and Respondent, against JAMES E. FINEGAN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents, and EUGENE JOHNSON, Intervener, Respondent and Appellant.

Argued November 18, 1937; decided December 7, 1937.

588

*Joseph F. Ryan, Abraham Bernard King* and *David C. Broderick* for petitioner, appellant and respondent.

*Herman E. Cooper* for intervener, respondent and appellant.

*John J. Bennett, Jr., Attorney-General,* for State of New York.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.